**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Christopher Seminara, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                        *Plaintiff*,

          *- against -*

Windows We Are, Inc., John Turnbull, and Scott Turnbull,

                        *Defendants*.

-------------------------------------------------------------X

Case No.: 22-cv-05079

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Windows We Are, Inc., John Turnbull, and Scott Turnbull having offered to allow Plaintiff Christopher Seminara (the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Thirteen Thousand Dollars and Zero Cents ($13,000.00), payable as follows:

1. A payment in the amount of Thirteen Thousand Dollars and Zero Cents ($13,000.00) payable within three (3) days following the Court's Entry and Order of this Offer of Judgment

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment equal to the Judgment Amount, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

      WHEREAS, the total sum of Thrteen Thousand Dollars and Zero Cents ($13,000.00) is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the

"Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.