UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Christopher Seminara, on behalf of himself and
others similarly situated in the proposed FLSA
Collective Action,

                      Plaintiff,                    JUDGMENT
     v.                                         23-cv-05135-HG


Windows We Are, Inc., John Turnbull,
and Scott Turnbull,

                      Defendants.
---------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 13, 2023; and defendants, Windows We Are, Inc., John Turnbull, and Scott Turnbull, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Christopher Seminara in the total sum of Thirteen Thousand Dollars and Zero Cents ($13,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Christopher Seminara and against defendants Windows We Are, Inc., John Turnbull, and Scott Turnbull, in the total sum of Thirteen Thousand Dollars and Zero Cents ($13,000.00).

Dated: Brooklyn, New York                                Brenna B. Mahoney
       October 18, 2023                                     Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                             Deputy Clerk