UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Christopher Seminara, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiff,*

       - against -

Windows We Are, Inc., John Turnbull, Scott Turnbull,

                        *Defendants.*
-----------------------------------------------------------------X

Case No.: 1:23-cv-05135-HG

**NOTICE OF SATISFACTION OF FED.R.CIV.P. 68 OFFER OF JUDGMENT**

      WHEREAS, on October 18, 2023 the Brenna B. Mahoney, Clerk of Court entered a consent judgment in the amount of Thirteen Thousand Dollars and Zero Cents ($13,000.00), against Defendants Windows We Are, Inc., John Turnbull, Scott Turnbull (together, the "Defendants"), in favor of Plaintiff Christopher Seminara ("Plaintiff"), pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") (the "Fed.R.Civ.P. 68 Judgment");

      NOTICE IS HEREBY GIVEN that as of the date of this filing, Defendants have satisfied the Fed.R.Civ.P. 68 Judgment;

      THEREFORE, satisfaction of the Fed.R.Civ.P. 68 Judgment having been acknowledged, it is respectfully requested that the Clerk of Court make an entry of satisfaction of the Fed.R.Civ.P. 68 Judgment.

                                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                By: _____
                                                Joshua Levin-Epstein, Esq.
                                                60 East 42nd Street, Suite 4700
                                                New York, NY 10165
                                                Tel. No.: (212) 792-0046
                                                Email: Joshua@levinepstein.com

VIA ECF: All Counsel                                    *Attorneys for Plaintiff*

State of New York     )
                      ) ss.:
County of New York  )

On the __25th__ day of __October__ in the year 2023 before me, the undersigned, personally appeared Joshua D. Levin-Epstein personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Jason Mizrahi
Notary Public, State of New York
Registration #02MI6434172
Qualified in New York County
Commission Expires May 31, 2026